5 A.3d 212

Allen L. FEINGOLD, and A.L. Feingold & Associates, and Feingold, Feingold & Garcia, P.C. and Zohar Stark

v.

Mitchell S. BERGER, Esquire, and Ryan, Brown, McDonnell, Berger & Gibbons, P.C. and Patrick J. McDonnell, Esquire and McDonnell & Associates, P.C. and Gulf Insurance Company.

Petition of Allen L. Feingold.

No. 94 EM 2010.

Supreme Court of Pennsylvania.

Sept. 27, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of September, 2010, the Petition for Allowance of Appeal, treated as an Application for Relief per Pa.R.A.P. 123, is **DENIED.**

5 A.3d 212

Anthony SCOTT, Petitioner

v.

PHILADELPHIA COUNTY COURTHOUSE, Respondent.

No. 91 EM 2010.

Supreme Court of Pennsylvania.

Sept. 27, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of September, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**